# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-06443 AHM (AJWx) | Date | October 15, 2009 |
|---|---|---|---|
| Title | BEVERLY LYNN GABRIELSON et al. v. LAURA GOMEZ et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:   Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

    On September 21, 2009, Plaintiffs filed a motion for leave to file their First Amended Complaint. On October 13, 2009, Defendants filed a notice of non-opposition to Plaintiff's motion. The Court hereby GRANTS Plaintiffs' motion. Plaintiffs must file their First Amended Complaint at the Civil Intake Window by not later than ten days from the date of this Order.

|  | : |
|---|---|
| Initials of Preparer | SMO |