O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-06443-AHM (AJWx) | Date | November 23, 2009 |
|---|---|---|---|
| Title | BEVERLY LYNN GABRIELSON, et al. v. LAURA GOMEZ, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lisa A. Decker | Rebecca A. Thompson |

**Proceedings:**     Defendants' MOTION to Dismiss [26] (non-evidentiary)

Court issues tentative ruling without oral argument. For reasons and findings stated on the record, the Court grants defendants' motion to dismiss.

|  | : | 02 |
|---|---|---|
| Initials of Preparer | | SMO |